# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  09-cv-02107-REB

SAFDAR LILAK,

      Plaintiff,

v.

MATRIXX INITIATIVES, INC., a Delaware corporation,

      Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion To Stay Proceedings Pending Ruling on Transfer and Consolidation By The Judicial Panel on Multidistrict Litigation** [#3] filed September 3, 2009.  The motion is **GRANTED**.

**THEREFORE, IT IS ORDERED** as follows:

1. That all proceedings in this action are **STAYED** as to all parties pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding the transfer and coordination of this action; specifically there will be a stay of: (a) all pretrial activity in this case; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending a decision by the JPML regarding the transfer and coordination of this action;

2. That the time within which defendant Matrixx Initiatives, Inc. May move, answer, or otherwise respond to plaintiffs' complaint is extended pending the JPML's determination of the Coordination Motion.  If this action is transferred by the Panel, the time within which defendant shall respond to plaintiff's complaint shall be governed by the orders entered by the transferee court.  Should this action not be transferred by the JPML, defendant shall respond within thirty (30) days of an entry of such order by the JPML; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

       3. That the parties shall notify the court of the JPML's decision regarding transfer and coordination within fourteen (14) days after that decision is received.

    Dated: September 3, 2009